# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Edward McLean, Jr. ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:07-cv-331
                                            3:02-cr-156-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2011 Order.

                                      Signed: January 18, 2011

*[Signature]*

Frank G. Johns, Clerk
United States District Court